UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CAUSE NO. 3:08-CR-53(01) RM |
| | ) | |
| JEREMY S. SMITH | ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on August 6, 2008. Accordingly, the court ADOPTS those findings and recommendations [docket # 21], ACCEPTS defendant Jeremy Smith's plea of guilty, and FINDS the defendant guilty of Count 1 of the Indictment, in violation of 21 U.S.C. § 841(a)(1) and (b).

SO ORDERED.

ENTERED:  September 15, 2008

/s/ Robert L. Miller, Jr.
Chief Judge
United States District Court